# United States District Court Violation Notice

**CVB Location Code:** EV17

**Violation Number:** 4793803
**Officer Name (Print):** Monroe
**Officer No.:** M5873

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 5/31/2015 1607
**Offense Charged:** 46.2-613(1) VSC

**Place of Offense:** Carpenter RD

**Offense Description; Factual Basis for Charge:**
Operating a vehicle with expired license plate
32 CFR 634.25 (f)

## DEFENDANT INFORMATION

**Last Name:** POL
**First Name:** Roger
**M.I.:** W

**Tag No.:** 2020 PT
**State:** VA
**Year:** 99
**Make/Model:** Oldsmobile Bravada
**Color:** BLK

- A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
- B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 75 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 100 Total Collateral Due

## YOUR COURT DATE

**Court Address:** US District Court, 401 Courthouse Sq, Alexandria, VA 22314
**Date:** 10/06/2015
**Time:** 0900

X Defendant Signature [signed]

Original - CVB Copy
(Rev. 01/2011)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 31 MAY, 2015 while exercising my duties as a law enforcement officer in the Easter District of Virginia

I was dispatched to hatfield gate search lane in reference to a 1999 Oldsmobile Bravada displaying expired registration on their vehicle license plate, a check through VCIN/NCIC revealed that the license plate to be expired since September 2014 all information on the face of this notice is incorporated by reference herein

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 05/31/2015 [signed]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident